# Notice Recipients

District/Off: 0970−2          User: vargasr          Date Created: 12/19/2019

Case: 2:18−bk−09259−MCW          Form ID: trcsrvd          Total: 2

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |
| tr | ERIC M. HALEY | trustee@haley−law.com |

TOTAL: 2